**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SEMCON TECH, LLC<br><br>v.<br><br>SAMSUNG ELECTRONICS CO LTD. ET AL. | C.A. No. 12-533-RGA |
| SEMCON TECH, LLC<br><br>v.<br><br>SAMSUNG ELECTRONICS CO LTD. ET AL. | C.A. No. 13-317-RGA |

## JOINT MOTION TO DISMISS

WHEREAS, Plaintiff Semcon Tech, LLC ("Plaintiff") and Defendants Samsung Electronics Co. Ltd., Samsung Semiconductor, Inc., Samsung Austin Semiconductor, LLC, Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") have settled Plaintiff's claims for relief against Samsung asserted in these cases.

NOW, THEREFORE, Plaintiff and Samsung, through their attorneys of record, request this Court to dismiss Plaintiff's claims for relief against Samsung, with prejudice and with all attorneys' fees, costs of court and expenses borne by the party incurring same.

Dated: June 25, 2013

| BAYARD, P.A. | SHAW KELLER LLP |
|---|---|
| */s/ Stephen B. Brauerman* | */s/ John W. Shaw* |
| Richard D. Kirk (No. 922) | John W. Shaw (No. 3362) |
| Stephen B. Brauerman (No. 4952) | 300 Delaware Avenue, Suite 1120 |
| Vanessa R. Tiradentes (No. 5398) | Wilmington, DE 19801 |
| 222 Delaware Avenue, Suite 900 | (302) 298-0700 |
| Wilmington, DE 19801 | jshaw@shawkeller.com |
| rkirk@bayardlaw.com | |
| sbrauerman@bayardlaw.com | *Attorneys for Defendants Samsung Electronics Co. Ltd., Samsung Semiconductor Inc., Samsung Austin Semiconductor LLC, Samsung Electronics America Inc., and Samsung Telecommunications America LLC* |
| vitradentes@bayardlaw.com | |
| *Attorneys for Plaintiff Semcon Tech LLC* | |