IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEMCON TECH, LLC<br><br>v.<br><br>SAMSUNG ELECTRONICS CO LTD. ET AL. | C.A. No. 12-533-RGA |
| SEMCON TECH, LLC<br><br>v.<br><br>SAMSUNG ELECTRONICS CO LTD. ET AL. | C.A. No. 13-317-RGA |

## [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE

On this day, Plaintiff Semcon Tech, LLC ("Plaintiff") and Defendants Samsung Electronics Co. Ltd., Samsung Semiconductor, Inc., Samsung Austin Semiconductor, LLC, Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") announced to the Court that they have settled Plaintiff's claims for relief against Samsung asserted in this case. Plaintiff and Samsung have therefore requested that the Court dismiss Plaintiff's claims for relief against Samsung, with prejudice and with all attorneys' fees, costs and expenses taxed against the party incurring same. The Court, having considered this request, is of the opinion that their request for dismissal should be granted.

IT IS THEREFORE ORDERED that Plaintiff's claims for relief against Samsung are dismissed with prejudice. IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

_____
The Honorable Richard G. Andrews
United States District Judge   6/26/13